IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL  DIVISION


UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
          v.                       )          No.  2:10-cr-04049-FJG-3
                                   )
Corey Wayne Everage,               )
                                   )
                    Defendant.     )


## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #57 filed April 26, 2011) of United States

Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to

Counts 1 and 5 of the Indictment filed November 2, 2010, is now accepted.  Defendant is adjudged

guilty of such offense(s).  Sentencing will be set by subsequent order of the court.




                                          /s/ Fernando J. Gaitan, Jr.
                                         Fernando J. Gaitan, Jr.
                                         Chief United States District Judge


Dated:   May 23, 2011
Kansas City, Missouri